### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

BILLY JOE HENSON                                                                                           PLAINTIFF
ADC #77911

V.                                                5:05CV00214 JLH/HDY

G. HARRIS, Warden, Varner Unit, Arkansas Department
of Correction; MINGO, Sgt., Varner Unit, Arkansas
Department of Correction; and J. BLANKENSHIP,
Disciplinary Hearing Officer, Arkansas Department of Correction                DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motions for Summary Judgment (docket entries #10 and #21) are GRANTED and Plaintiff's cause of action is DISMISSED WITHOUT PREJUDICE; and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 17th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE